## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HOWARD LEE WHITE,

                Plaintiff,

v.

ROMEO ARANAS, et al.,

                Defendants.

3:18-cv-0037-MMD-CLB

**ORDER**

Defendants entered a suggestion of death of the plaintiff on the record (ECF No. 36). Pursuant to Fed. R. Civ. P. 25(a)(1), if a motion for substitution by the decedent's successor or representative is not filed on or before **Wednesday, April 7, 2021**, the action must be dismissed.

**DATED:** January 11, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**