**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HOWARD LEE WHITE,

              Plaintiffs,

v.

ROMEO ARANAS, et al.,

              Defendants.

3:18-cv-0037-MMD-CLB

**ORDER**

On January 5, 2021, appointed counsel, Margaret McLetchie, Esq. and Alina Shell, Esq. of McLetchie Law and Adam Hosmer-Henner, Esq., Chelsea Latino, Esq., and Philip Mannelly, Esq. of McDonald Carano LLP, filed a motion to withdraw as counsel (ECF No. 35). No opposition was filed. Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion. Therefore, the motion to withdraw (ECF No. 35) is **GRANTED**.

Defendants entered a suggestion of death of the plaintiff (ECF No. 36). If a motion for substitution by the decedent's successor or representative is not filed on or before Wednesday, April 7, 2021, this action must be dismissed. Fed. R. Civ. P. 25(a)(1).

**DATED:** January 22, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**